**FILED**

**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**07 C 6435**

| | |
|---|---|
| LIONEL FRANKLIN and CARMEN FRANKLIN, | **COMPLAINT** |
| Plaintiffs, | |
| v. | **JUDGE FILIP** **MAGISTRATE JUDGE SCHENKIER** Civil Action No. |
| LAW ENFORCEMENT SYSTEMS d/b/a PARKING COLLECTION SERVICES, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## COMPLAINT

### I.    INTRODUCTION

1.      This action is brought by Plaintiffs Lionel Franklin and Carmen Franklin for statutory damages against Defendant Law Enforcement Systems d/b/a Parking Collection Services for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION

2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue is proper in this district as all relevant events took place here.

### III.    PARTIES

3.      Plaintiff Lionel Franklin is an individual who resides in Calumet City, Illinois.

4.      Mr. Franklin is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.      Plaintiff Carmen Franklin is an individual who resides in Calumet City, Illinois.

6.      Ms. Franklin is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7.      Defendant Law Enforcement Systems d/b/a Parking Collection Systems is a corporation organized under the laws of the State of New York with its principal executive office located at 30-00 47th Avenue, Long Island City, New York.

8.      Defendant is engaged in the collection of debts from Illinois consumers using the mail and telephone.

9.      Defendant regularly attempts to collect consumer debts alleged to be due to another.

10.      Defendant was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV.  **FACTUAL ALLEGATIONS**

11.      Imperial Parking, also known as "impark" is a private corporation organized under the laws of the State of Delaware. Imperial Parking manages private parking lots throughout the United States and Canada.

12.      With respect to the parking lots relevant to this case, Imperial Parking requires payment of $1.25 per day for a consumer to park his or her car in its parking lot.

13.      Upon information and belief, Defendant accepts partial payments.

14.      Upon information and belief, Defendant will accept payment after 30 days from receipt of the initial communication from Defendant.

### A.  **Lionel Franklin**

15.      On or about December 22, 2006, Mr. Franklin parked his vehicle with Illinois

license plate 8016583 in a private parking lot managed by Imperial Parking, located at 115th & South Kensington, Chicago, Illinois.

16.     Mr. Franklin allegedly did not pay the $1.25, which was due December 22, 2006.

17.     Defendant obtained Mr. Franklin's alleged debt to Imperial Parking.

18.     On or about February 22, 2007, Defendant arranged for the preparation and transmittal of a letter to Mr. Franklin at his residence in an attempt to collect the debt allegedly due Imperial Parking. A copy of Defendant's February 22, 2007, correspondence is attached hereto as Exhibit A.

19.     Exhibit A states, "Payment in full must be made by check or money order (do not mail cash) within 30 days from receipt of this notice using the attached remittance form and the enclosed envelope."

20.     Exhibit A states the "Amount Due" for Mr. Franklin's alleged debt is $50.00.

21.     The reverse side of Exhibit A contains near the top of the page:

**IF YOU BELIEF THAT THE VIOLATION(S) OR NOTICE(S) CITED ON THE REVERSE SIDE OF THIS NOTICE HAVE BEEN PAID:**

1.     Make a copy of this letter and note those violations which you believe have been paid.

2.     Make a copy of the front and back of your cancelled check or of the Cashier's Receipt.

3.     Mail both along with any other supporting evidence to prove your claim.

4.     You will be assessed late payment fines (if applicable) should you not prove prior payment of the violations in question.

5.    Enclose a check or money order for violations which you
do not have proof of payment.

(Emphasis in original).

22.    The reverse side of <u>Exhibit A</u> contains near the bottom the validation notice required by 15 U.S.C. § 1692g.

23.    No agreement between Mr. Franklin and Imperial Parking that created the alleged debt expressly authorizes the collection of any amount in addition to the $1.25 daily parking charge.

24.    No law permits the collection of any amount in addition to the $1.25 daily parking charge.

25.    The alleged debt referred to in <u>Exhibit A</u> was incurred by Mr. Franklin for personal, family, or household purposes, *i.e.*, parking his car in a private parking lot.

**B.    Carmen Franklin**

26.    On or about May 18, 2007, Ms. Franklin parked her vehicle with Illinois license plate CARMS10 in a private parking lot managed by Imperial Parking, located at 115th & South Kensington, Chicago, Illinois.

27.    On May 18, 2007, the sign indicating which spot in which Ms. Franklin parked her car was obstructed by a tree. Ms. Franklin paid the $1.25 charge for parking on May 18, 2007. However, she accidentally put her parking payment in the incorrect fee receptacle. She did not discover the mistake until she returned to her car and noticed the tree obstruction.

28.    Ms. Franklin informed the parking lot attendant that the mistake had been made; the parking lot attendant refused to do anything about it.

29.     Defendant obtained Ms. Franklin's alleged debt to Imperial Parking.

30.     On or about June 18, 2007, Ms. Franklin parked her vehicle with Illinois license plate CARMS10 in a private parking lot owned by Imperial Parking, located at 115th & South Cottage Grove, Chicago, Illinois.

31.     Ms. Franklin paid the $1.25 charge for parking on June 18, 2007.

32.     Defendant obtained Ms. Franklin's alleged debt to Imperial Parking.

33.     On or about August 17, 2007, Defendant arranged for the preparation and transmittal of a letter to Ms. Franklin at her residence in an attempt to collect the debts allegedly due Imperial Parking. A copy of Defendant's August 17, 2007, correspondence is attached hereto as Exhibit B.

34.     Exhibit B states, "Payment in full must be made by check or money order (do not mail cash) within 30 days from receipt of this notice using the attached remittance form and the enclosed envelope."

35.     Exhibit B states the "Amount Due" for each Ms. Franklin's alleged debts is $25.00.

36.     Exhibit B states the "Total Due" is $50.00.

37.     The reverse side of Exhibit B contains near the top of the page:

**IF YOU BELIEF THAT THE VIOLATION(S) OR
NOTICE(S) CITED ON THE REVERSE SIDE OF THIS
NOTICE HAVE BEEN PAID:**

1.     Make a copy of this letter and note those violations which
        you believe have been paid.

2.     Make a copy of the front and back of your cancelled check
        or of the Cashier's Receipt.

3.      Mail both along with any other supporting evidence to prove your claim.

4.      You will be assessed late payment fines (if applicable) should you not prove prior payment of the violations in question.

5.      Enclose a check or money order for violations which you do not have proof of payment.

(Emphasis in original).

38.      The reverse side of <u>Exhibit B</u> contains near the bottom the validation notice required by 15 U.S.C. § 1692g

39.      No agreement between Ms. Franklin and Imperial Parking that created the alleged debt expressly authorizes the collection of any amount in addition to the $1.25 daily parking charge.

40.      No law authorizes the collection of any amount in addition to the $1.25 daily parking charge.

41.      The alleged debts referred to in <u>Exhibit B</u> were incurred by Ms. Franklin for personal, family, or household purposes, *i.e.*, parking her car in a private parking lot.

## V.      <u>COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT</u>

42.      Plaintiffs repeat, reallege, and incorporate by reference the foregoing paragraphs.

43.      Defendant's violations of the FDCPA include, but are not limited to

A.      using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10);

B.      creating a false sense of urgency in violation of 15 U.S.C. § 1692e;

C.      falsely representing the character, amount, or legal status of any debt in

violation of 15 U.S.C. § 1692e(2)(A);

D.     using unfair or unconscionable means to collect or attempt to collect any debt in violation of 15 U.S.C. § 1692f;

E.     collecting any amount (including interest, fee, charge, or expense incidental to the principal obligation) where such amount is not expressly authorized by the agreement creating the debt and not permitted by law in violation of 15 U.S.C. § 1692f(1); and

F.     contradicting and/or overshadowing the right to dispute the alleged debt within thirty (30) days of the receipt of the validation notice in violation 15 U.S.C. § 1692g(a).

44.     As a result of Defendant's violations of the FDCPA, Plaintiffs are entitled to an award of statutory damages, costs and reasonable attorney fees.

## VI.     <u>REQUEST FOR RELIEF</u>

WHEREFORE, Plaintiffs Lionel Franklin and Carmen Franklin request that judgment be entered in their favor against Defendant Law Enforcement Systems d/b/a Parking Collection Services for:

A.     Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

B.     Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and

C.     For such other relief as the Court may find to be just and proper.

## VII.     <u>JURY DEMAND</u>

Plaintiffs Lionel Franklin and Carmen Franklin hereby demand that this case be tried before a Jury.

 s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFFS
LIONEL FRANKLIN and CARMEN FRANKLIN

# EXHIBIT A



PAYMENT ID    **IM** H2N502B5

Parking Collection Services    P.O. Box 1348 Long Island City, New York 11101    866-227-0469

February 22, 2007

Re:    Overdue Parking Fees

FRANKLIN, LIONEL J
526 PAXTON AV
CALUMET CITY    IL 60409

Issued To:    8016583    IL

Total Due: U.S.    $50.00

## NOTICE OF ASSIGNMENT TO A COLLECTION AGENCY

Parking Collection Services is a licensed collection agency, retained by Imperial Parking (Impark) to collect overdue parking fees incurred in their private parking lots. As indicated below, a vehicle registered in your name was parked in a garage or lot operated by Impark. At that time, a Notice was left on your vehicle requesting payment for a violation of Impark's posted parking rules, but as of this time, that payment has not been received.

**Failure to pay the amount due may result in:**
- **Further collection efforts**
- **Your vehicle being towed if it is again improperly parked on property operated by Impark**

Payment in full must be made by **check or money order (do not mail cash)** within 30 days from receipt of this notice using the attached remittance form and the enclosed envelope. While personal checks will be accepted, if you issue a bad check in payment of this debt, you will be liable for an administrative fee of $15.00 for each check. Payment can also be made using Visa or MasterCard online at *www.PayMyParking.com.*

**Please make check or money order payable to:**
**"Parking Collection Services"**

Use the enclosed, pre-addressed envelope to mail your payment. If you have questions, please call Parking Collection Services at 1(866) 227-0469 between 9:00 a.m. and 5:00 p.m. EST, Monday through Friday.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*\*\* SEE REVERSE SIDE FOR IMPORTANT INFORMATION\*\*\***

| Notice Number | Issue Date | Violation Description | Location | | Amount Due |
|---|---|---|---|---|---|
| F00887722 | 12/22/06 | NO VISIBLE/VALID RECEIPT | CHICAGO, LOT: 0050 | (11:36) | 50.00 |

---

✂ TEAR HERE                                                                                      TEAR HERE ✂

**Return Payment Form:**    Make checks payable to:  Parking Collection Services

1106



F00887722

Plate:    8016583    IL
Reference #:    IM H2N502B5

# Notices:    1

Total Due: U.S.    $50.00

FRANKLIN, LIONEL J
526 PAXTON AV
CALUMET CITY    IL 60409

Total Paid: _____

**TO MAKE PAYMENT:**

1. Make payment as directed on the front of this letter.
2. Write your plate number and the violation number(s) on your check or money order.
3. Detach the bottom part of this letter and mail in the enclosed pre-addressed envelope.
4. Your cancelled check will be your receipt.

**IF YOU BELIEVE THAT THE VIOLATION(S) OR NOTICE(S) CITED ON THE REVERSE SIDE OF THIS NOTICE HAVE BEEN PAID:**

1. Make a copy of this letter and note those violations which you believe have been paid.
2. Make a copy of the front and back of your cancelled check or of the Cashier's Receipt.
3. Mail both along with any other supporting evidence to prove your claim.
4. You will be assessed late payment fines (if applicable) should you not prove prior payment of the violations in question.
5. Enclose a check or money order for violations which you do not have proof of payment.

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM**

**COLORADO RESIDENTS MAY NOT USE THE WEB SITE TO MAKE PAYMENT**

This Collection Agency is Licensed by the Minnesota Department of Commerce
New York City Department of Consumer Affairs License #1132812.
North Carolina Collection Agency License #3520

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
UNLESS YOU NOTIFY THIS OFFICE WITHIN (THIRTY) 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN (THIRTY) 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST FROM THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT B

Parking Collection Services      P.O. Box 1348  Long Island City, New York 11101    866-227-0469

Re:    Overdue Parking Fees

August 17, 2007

Issued To:    CARMS10    IL

FRANKLIN, CARMEN M
526 PAXTON AV
CALUMET CITY    IL 60409

Total Due: U.S.    $50.00

## NOTICE OF ASSIGNMENT TO A COLLECTION AGENCY

Parking Collection Services is a licensed collection agency, retained by Imperial Parking (Impark) to collect overdue parking fees incurred in their private parking lots.  As indicated below, a vehicle registered in your name was parked in a garage or lot operated by Imperial Parking. At that time, a Notice was left on your vehicle requesting payment for a violation of Impark's posted parking rules, but as of this time, that payment has not been received.

**Failure to pay the amount due may result in:**
- **Further collection efforts**
- **Your vehicle being towed if it is again improperly parked on property operated by Impark**

Payment in full must be made by **check or money order (do not mail cash)** within 30 days from receipt of this notice using the attached remittance form and the enclosed envelope. While personal checks will be accepted, if you issue a bad check in payment of this debt, you will be liable for an administrative fee of $15.00 for each check. Payment can also be made using Visa or MasterCard **online at** ***www.PayMyParking.com.***

**Please make check or money order payable to:**
**"Parking Collection Services"**

Use the enclosed, pre-addressed envelope to mail your payment. If you have questions, please call Parking Collection Services at 1(866) 227-0469 between 9:00 a.m. and 5:00 p.m. EST, Monday through Friday.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**\*\*\* SEE REVERSE SIDE FOR IMPORTANT INFORMATION\*\*\***

| :ice nber | Issue Date | Violation Description | Location | | Amount Due |
|---|---|---|---|---|---|
| 2105222 | 5/18/07 | Stall#: 44 | CHICAGO, LOT: 0050 | (10:55) | 25.00 |
| 2305522 | 6/18/07 | Stall#: 127 | CHICAGO, LOT: 0020 | (09:20) | 25.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
✂ TEAR HERE                                                                                      TEAR HERE ✂

**Return Payment Form:**        Make checks payable to:  Parking Collection Services

:8

:105222  F02305522

Plate:    CARMS10    IL
Reference #:    **IM** H8HK02N3

FRANKLIN, CARMEN M
526 PAXTON AV
CALUMET CITY    IL 60409

# Notices:        2

Total Due:  U.S.    $50.00

Total Paid: _____

**TO MAKE PAYMENT:**

1. Make payment as directed on the front of this letter.
2. Write your plate number and the violation number(s) on your check or money order.
3. Detach the bottom part of this letter and mail in the enclosed pre-addressed envelope.
4. Your cancelled check will be your receipt.

**IF YOU BELIEVE THAT THE VIOLATION(S) OR NOTICE(S) CITED ON THE REVERSE SIDE OF THIS NOTICE HAVE BEEN PAID:**

1. Make a copy of this letter and note those violations which you believe have been paid.
2. Make a copy of the front and back of your cancelled check or of the Cashier's Receipt.
3. Mail both along with any other supporting evidence to prove your claim.
4. You will be assessed late payment fines (if applicable) should you not prove prior payment of the violations in question.
5. Enclose a check or money order for violations which you do not have proof of payment.

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM**

**COLORADO RESIDENTS MAY NOT USE THE WEB SITE TO MAKE PAYMENT**

This Collection Agency is Licensed by the Minnesota Department of Commerce
New York City Department of Consumer Affairs License #1132812
North Carolina Collection Agency License #3520

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
UNLESS YOU NOTIFY THIS OFFICE WITHIN (THIRTY) 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN (THIRTY) 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST FROM THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*