**DAJ**

**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6435**

In the Matter of                                   Case Number:

Lionel Franklin and Carmen Franklin

v.

Law Enforcement Systems d/b/a Parking Collection Services

**JUDGE FILIP**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin
Plaintiff Carmen Franklin

| |
|---|
| NAME (Type or print)<br>O. Randolph Bragg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ O. Randolph Bragg |
| FIRM<br>Horwitz, Horwitz & Associates, Ltd. |
| STREET ADDRESS<br>25 E Washington St Ste 900 |
| CITY/STATE/ZIP<br>Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6221983 | TELEPHONE NUMBER<br>(312) 372-8822 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐