## United States District Court for the Northern District of Illinois

Case Number: 07CV6435         Assigned/Issued By: DAJ

Judge Name: FILIP              Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00           Receipt #: 2329139

Date Payment Rec'd: 11/13/07   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
[ ] Writ _____                      (Victim, Against and $ Amount)
         (Type of Writ)

1 Original and 1 copies on 11/13/07 as to DEF.
                           (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05