# Affidavit of Process Server

07C6435

**Lionel Franklin** vs **Law Enforcement et al.**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I, **Aaron Willoughby**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Law Enforcement Systems**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☒ **Summons and Complaint**

by serving (NAME) **Wanda Massey Prentice Hall Authorize to Accept**
at ☐ Home **Service**
☒ Business **33 N LaSalle St Chicago IL Ste 2320**
☒ on (DATE) **11-15-07** at (TIME) **1:34 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely **Wanda Massey**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading              ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME,
( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☐ Male          ☐ White Skin    ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female        ☒ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
                ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses       ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of _____, 20 ___

NOTARY PUBLIC

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LIONEL FRANKLIN

V.

LAW ENFORCEMENT SYSTEMS d/b/a
PARKING COLLECTION SERVICES,

CASE NUMBER: **07 C 6435**

ASSIGNED JUDGE: **JUDGE FILIP**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Law Enforcement Systems
c/o Illinois Corporation Service (Registered Agent of Law Enforcement Systems)
801 Adlai Stevenson Drive
Springfield IL 6270.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Annette Nunez/*
(By) DEPUTY CLERK

November 15, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.