**Law Enforcement Systems, Inc.**   P.O. Box 1348   30-00 47th Ave   L.I. City, N.Y. 11101   (718) 729-5040
Fax (718) 482-8930

November 26, 2007

**F I L E D**

**Without Prejudice**

**VIA Registered Mail and Courier**

NOV 2 8 2007 *pr*

Attention: Mr. Craig M. Shapiro
Horwitz, Horwitz & Associates
Suite 900 - 25 East Washington Street
Chicago IL 60602

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sirs:

Re:  Civil Case Summons Court Docket #07 C 6435 – Lionel Franklin and Carmen Franklin
("Plaintiffs") v. Law Enforcement Systems dba Parking Collection Services ("Summons")

We have had an opportunity to review the allegations contained in the Summons. We have reviewed the signage in the relevant parking facilities which are the subject of the allegations. The signage clearly supports our legal ability to issue demand notices to the Plaintiffs and to commence collection activities with respect to those demand notices. Copies of the photographs of the signage are attached for your information.

However, in the interests of settling this matter and as your clients may have failed to read the signage, we are prepared to cancel the violation notices on the understanding that in the future they will pay for parking. We look forward to hearing from you with respect to the forgoing.

Yours truly,

Dawn Carrier
**Law Enforcement Systems,Inc.**



# METRA

## 11" x 8" VIOLATION POLICY DECALS

# impark

NOTICE

PARKING RULES AND ENFORCEMENT

$1.25 PER DAY