APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Dawn Carrier. Law Enforcement Systems, Inc
(Please print)

STREET ADDRESS: 30-30 47th Ave. 7th floor

CITY/STATE/ZIP: Long Island City, NY 11101

PHONE NUMBER: (718) 715-1914

CASE NUMBER: 07 C 6435

Signature: [signed]
Date: 11/26/07

FILED
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT