IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN and CARMEN FRANKLIN, | NOTICE OF MOTION |
| Plaintiffs, | Civil Action No. 07-cv-6435 |
| v. | **Judge Filip** |
| LAW ENFORCEMENT SYSTEMS d/b/a PARKING COLLECTION SERVICES, | **Magistrate Judge Schenkier** |
| Defendant. | |

## NOTICE OF MOTION

TO:  Law Enforcement Systems, Inc.
c/o Dawn Carrier
30-00 47th Avenue 7th Floor
Long Island City, New York 11101

PLEASE TAKE NOTICE that on the 12th of December, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Mark Filip, in Courtroom 1919 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, to present Plaintiff's Motion to Strike, a copy of which is attached hereto and hereby served upon you.

 s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Craig M. Shapiro, hereby certify that on December 7, 2007, a copy of the foregoing document was sent by First Class U.S. Postal Mail to:

>Law Enforcement Systems, Inc.
>c/o Dawn Carrier
>30-00 47th Avenue 7th Floor
>Long Island City, New York 11101
>
>DEFENDANT

>  s/ Craig M. Shapiro
>Craig M. Shapiro