**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lionel Franklin, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06435
                                                      Honorable Mark Filip

Law Enforcement Systems
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

   MINUTE entry before Judge Susan E. Cox :Plaintiff's motion to strike, motion for relief, [12] is taken under advisement. Response is due by 1/4/2008. Reply is due by 1/18/2008. Court will rule by mail. Status hearing date of 1/10/08 is stricken pending disposition of the motion to strike.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.