UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Lionel Franklin, et al.
                                Plaintiff,

v.                                                       Case No.: 1:07−cv−06435
                                                          Honorable Sidney I. Schenkier

Law Enforcement Systems
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

        MINUTE entry before Judge Sidney I. Schenkier : Status hearing held. Settlement conference is set for 3/24/08 at 1:30 p.m., in chambers 1756. The settlement conference will be conducted in accordance with the Court's Standing Order on Instructions for Settlement Conference, which can be accessed from the Court's Website at http://www.ilnd.uscourts.gov/JUDGE/SCHENKIER/sispa ge.htm. The schedule for exchange of demand and offer set forth in the standing order is as follows: plaintiff 9;s counsel shall serve on defense counsel a written settlement demand by 3/7/08. Defendant's counsel shall serve on plaintiff's counsel a written settlement offer by 3/14/08. The parties shall deliver copies of these letters to chambers by noon on 3/17/08. Parties with full and complete settlement authority must attend the conference. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.