# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6435 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Franklin, et al. Vs. Law Enforcement Systems | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Settlement reached. Pursuant to settlement, the case is dismissed without prejudice and without costs, with leave to seek reinstatement by 05/08/08. If the case is not reinstated by that date, or a motion seeking reinstatement is not on file and pending, then as of 05/09/08 the dismissal will be with prejudice.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | mm |
|---|---|---|